IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEWYORK

| In RE: | MICHAEL L STATHAKIS | § | Case Number: | 19-46882-CEC-7 |
|---|---|---|---|---|
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT BMW Financial Services NA, LLC hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LP hereby requests that:
  (i)     all notices given or required to be given in the case; and
  (ii)    all pleadings and correspondence served or required to be served in this case,
regarding BMW Financial Services NA, LLC should be directed to AIS Portfolio Services, LP at the following mailing address effective immediately:

Attn:  BMW Financial Services NA, LLC Department
AIS Portfolio Services, LP
Account:  XXXXXX8388
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Zann Welch
ZANN WELCH
Claims Processor
Bankruptcy Servicer for BMW Financial Services NA, LLC
AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(817)277-2011, Fax (817) 461-8070
ecfnotices@ascensioncapitalgroup.com
File # 1179119