UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
--------------------------------------------------------------------X

In Re:

MICHAEL L STATHAKIS

                      Debtor(s)

--------------------------------------------------------------------X

Case No.: 1-19-46882-cec

In Proceeding for
Chapter 7

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2019, I caused the following documents to be served upon all parties as listed below:

- **MOTION TO EXTEND THE AUTOMATIC STAY**
- **MOTION TO ENTER INTO LOSS MITIGATION**

       I further certify that on November 25, 2019, I caused a true, complete and correct copy of the Proceeding to be served via first class mail, postage prepaid and / or electronic mail, upon the parties listed below:

**Robert J Musso, Esq.**
26 Court Street
Suite 2211
Brooklyn, NY 11242
*Trustee*

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Zann Welch
Claims Processor, Bankruptcy Servicer for
BMW Financial Services NA, LLC
AIS Portfolio Services, LP
4515 N Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118
*Notice of Appearance Filed*

21st Century Mortgage Corporation
c/o Ocwen Loan Servicing
1100 Virginia Drive, Suite 175
Fort Washington, PA 19034

Date: Kew Gardens, New York
     November 25, 2019

/s/ Btzalel Hirschhorn, Esq.
BTZALEL HIRSCHHORN, ESQ.
SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP
*Attorneys for Debtor*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
Tel: (718) 263-6800
Fax: (718) 520-9401
Email: Bhirschhorn@abzlaw.com