Michael J. Macco  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY   11749

*This Order relates to a hearing*  
*on November 15,  2018*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------X  
In re:  **tmm1634**

CHAPTER 13

MICHAEL LARRY STATHAKIS  
   AKA MICHAEL STATHAKIS

CASE NO. 18-45213-608

Debtor(s).  **ORDER**  
----------------------------------------------------X

Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed <u>with prejudice</u>, and same having come on to be heard before the Honorable Carla E. Craig on the 15th day of NOVEMBER, 2018, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed <u>with prejudice</u>, and that sufficient cause has been shown, it is

**ORDERED**, that pursuant to the provisions of 11 U.S.C. §§109(g), 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed <u>with prejudice</u>, and the debtor is prohibited from filing another petition under Chapter 13 or converting a Chapter 7 to Chapter 13 for a period of one (1) year from the date of this Order except that the debtor, on notice to the trustee and all creditors, may move for relief from this order based upon changed circumstances and for other good cause shown by motion filed in this case.



**Dated: Brooklyn, New York**  
**November 19, 2018**

_____  
**Carla E. Craig**  
**United States Bankruptcy Judge**