UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

------------------------------------------------------------------------X

In Re:

MICHAEL L STATHAKIS
*aka Michael Larry Stathakis*
*fdba Whisk Remodeling Corp.*

Debtor(s)

------------------------------------------------------------------------X

Return Date: December 10, 2019
Time: 3:00 PM
Case No.: 1-19-46882-cec

In Proceeding for

Chapter 7

## **AMENDED NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that upon the annexed motion, the Debtor, through his attorney, Btzalel Hirschhorn, Esq., will move this Court before the Honorable Carla Craig Bankruptcy Judge at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, NY, Courtroom – 3529, on the **10th day of December, 2019 at 3:00 P.M.** or soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §362 (c)(3)(B) to continue the automatic stay provided under § 362 (a) and for such other and further relief as may seem just and proper.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the attorney for the Debtor, Btzalel Hirschhorn, Esq., no later than five (5) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Dated: December 3, 2019
       Kew Gardens, New York

/s/ Btzalel Hirschhorn, Esq.
BTZALEL HIRSCHHORN, ESQ.
**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP**
*Attorneys for Debtor*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
Tel: (718) 263-6800 | Fax: (718) 520-9401
Email: Bhirschhorn@abzlaw.com

TO
*Via First Class Mail:*

**Robert J Musso, Esq.**
26 Court Street
Suite 2211
Brooklyn, NY 11242
*Trustee*

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Zann Welch
Claims Processor, Bankruptcy Servicer for BMW Financial Services NA, LLC
AIS Portfolio Services, LP
4515 N Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118
*Notice of Appearance Filed*

THE LAW OFFICE OF MICHAEL C. D'ARIES, LLC
Michael C. D'Aries, Esq.
222 Sussex Street
Harrison NJ 07029
*Attorneys for 21st Century Mortgage Corporation*