UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
------------------------------------------------------------------------X    Return Date: January 9, 2020
                                                                   Time: 12:00 PM
                                                                   Case No.: 1-19-46882-cec

In Re:                                                                           In Proceeding for

MICHAEL L STATHAKIS
*aka Michael Larry Stathakis*
*fdba Whisk Remodeling Corp.*                                   Chapter 7
                        Debtor(s)

------------------------------------------------------------------------X

## AMENDED NOTICE OF MOTION TO ENTER INTO LOSS MITIGATION

**PLEASE TAKE NOTICE** that upon the annexed motion, the Debtor, through his attorney, Btzalel Hirschhorn, Esq., will move this Court before the Honorable Carla Craig Bankruptcy Judge at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, NY, Courtroom – 3529, on the **9th day of January, 2020 at 12:00 P.M.** or soon thereafter as counsel can be heard, for an Order directing the Debtor and Creditor 21st Century Mortgage Co. [Loan No. 7113] to participate in the Loss Mitigation Program, with respect to property located at 21-28 72nd Street, Jackson Heights, NY 11370.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the attorney for the Debtor, Btzalel Hirschhorn, Esq., no later than five (5) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Dated:  December 3, 2019
           Kew Gardens, New York

                                                          /s/ Btzalel Hirschhorn, Esq.
                                                          BTZALEL HIRSCHHORN, ESQ.
**SHIRYAK, BOWMAN, ANDERSON, GILL & KADOCHNIKOV, LLP**
                                                                            *Attorneys for Debtor*
                                                        80-02 Kew Gardens Road, Suite 600
                                                                Kew Gardens, NY 11415
                                               Tel: (718) 263-6800 | Fax: (718) 520-9401
                                                               Email: Bhirschhorn@abzlaw.com

Case 1-19-46882-cec    Doc 18    Filed 12/03/19    Entered 12/03/19 16:59:47

TO
*Via First Class Mail:*

**Robert J Musso, Esq.**
26 Court Street
Suite 2211
Brooklyn, NY 11242
*Trustee*

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Zann Welch
Claims Processor, Bankruptcy Servicer for BMW Financial Services NA, LLC
AIS Portfolio Services, LP
4515 N Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118
*Notice of Appearance Filed*

THE LAW OFFICE OF MICHAEL C. D'ARIES, LLC
Michael C. D'Aries, Esq.
222 Sussex Street
Harrison NJ 07029
*Attorneys for 21st Century Mortgage Corporation*